

Stephen E. Barnes
Ross M. Cellino
Daniel W. Aiello
Richard P. Amico
Richard J. Barnes
Denis J. Bastible
Kathleen E. Beatty
Alex Bouganim
Dylan J. Brennan
Daniel J. Caffrey
Joseph J. Capetola
Scott D. Carlton
Stephen C. Ciocca
Robert J. Cippitelli
Thomas P. Cleere
Michael J. Cooper
Christopher D. D'Amato
Aybike Donuk
Sandy A. Fazili
Jordan S. Finkelstein
Steven M. Fleckner
Brian A. Goldstein, M.D., J.D.
Igor Grichanik
George R. Gridelli
Timothy R. Hedges

Special Counsel:
John E. Lavelle
Gregory V. Pajak
Ellen B. Sturm

Mark B. Hudoba
Lisa F. King
Patrick A. Little
John W. Looney
Michael J. Lovecchio
William J. Loyd
Brett L. Manske
John C. Murrett, Jr
Michael P. Napolitano
Joshua C. Olmstead
Alexander Paine
Robert J. Peragine
Joshua B. Sandberg
Sean L. Sasso
Robert J. Schreck
Robert Seigal
John H. Shields
David E. Silverman
Allan M. Silverstein
Erica B. Tannenbaum
Princess M. Tate-Burriss
Christopher J. Trochiano
Joe A. Vazquez
Robert L. Voltz
Michael J. Williams
K. John Wright
David C. Zimmerman

Daryl P. Ciambella
Chief Operating Officer

The Graybar Building, 420 Lexington Avenue, Suite 2140
New York, New York 10170

Tel: (800) 888-8888
Fax: (877) 227-8020
www.CellinoandBarnes.com

December 12, 2019

VIA ECF

Honorable Vernon S. Broderick, United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, New York 10007

**APPLICATION GRANTED**
**SO ORDERED** *[signature]*
**VERNON S. BRODERICK**
**U.S.D.J.** 12/16/2019

The initial pretrial conference scheduled for December 20, 2019, is adjourned to February 27, 2020 at 10:00 a.m.

Re:     Request for Adjournment of Initial Pretrial Conference
        *Clarke v. Marketaxess Corporation et al.*
        Docket No.: 1:19-cv-06471

Dear Judge Broderick:

This firm represents the plaintiff in the above-captioned matter. The attorneys for all parties to this action have conferred and respectfully submit this joint request for an adjournment of the Initial Pretrial Conference, which is currently scheduled to be held on December 20, 2019.

The conference was adjourned once before, at the request of counsel for defendant 3PL Integration LLC, from November 8, 2019 to December 20, 2019. The reason for the instant request for a second adjournment is that it has come to our attention that there may be additional entities should be added as defendants. Additionally, counsel for defendant Midtown Trackage Ventures LLC has submitted various documents for review with a request that the action be discontinued as against it.

To allow reasonable time to conduct further investigation, adjust the parties if necessary, obtain answers from any new parties that should be added, and include counsel for any new parties at the conference, we request that it be adjourned from December 20, 2019 to February 27, 2020 or February 28, 2020. This would alter the deadline for the submission of the joint letter and proposed Civil Case Management Plan and Scheduling Order, which is currently December 12, 2019. The new deadline will be February 20, 2020 or February 21, 2020, depending on the new conference date. There are no other scheduled dates that will be affected.

We thank the court for its consideration of these issues and our request.

Very truly yours,

Kathleen E. Beatty
(212) 804-7400 x541

KEB:keb