Stephen E. Barnes
Ross M. Cellino
Daniel W. Aiello
Richard P. Amico
Richard J. Barnes
Denis J. Bastible
Kathleen E. Beatty
Alex Bouganim
Dylan J. Brennan
Daniel J. Caffrey
Joseph J. Capetola
Scott D. Carlton
Stephen C. Ciocca
Robert J. Cippitelli
Thomas P. Cleere
Michael J. Cooper
Christopher D. D'Amato
Aybike Donuk
Sandy A. Fazili
Jordan S. Finkelstein
Steven M. Fleckner
Brian A. Goldstein, M.D., J.D.
Igor Grichanik
George R. Gridelli
Timothy R. Hedges

Special Counsel:
John E. Lavelle
Gregory V. Pajak
Ellen B. Sturm



ATTORNEYS AT LAW

The Graybar Building, 420 Lexington Avenue, Suite 2140
New York, New York 10170

Tel: (800) 888-8888
Fax: (877) 227-8020
www.CellinoandBarnes.com

Mark B. Hudoba
Lisa F. King
Patrick A. Little
John W. Looney
Michael J. Lovecchio
William J. Loyd
Brett L. Manske
John C. Murrett, Jr
Michael P. Napolitano
Joshua C. Olmstead
Alexander Paine
Robert J. Peragine
Joshua B. Sandberg
Sean L. Sasso
Robert J. Schreck
Robert Seigal
John H. Shields
David E. Silverman
Allan M. Silverstein
Erica B. Tannenbaum
Princess M. Tate-Burriss
Christopher J. Trochiano
Joe A. Vazquez
Robert L. Voltz
Michael J. Williams
K. John Wright
David C. Zimmerman

Daryl P. Ciambella
Chief Operating Officer

Scott K. Rohring
1970 - 2012
Sean P. Kelley
1973 - 2016

February 20, 2020

VIA ECF

Honorable Vernon S. Broderick, United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, New York 10007

Re:     Request for Adjournment of Initial Pretrial Conference
*Clarke v. Marketaxess Corporation et al.*
Docket No.: 1:19-cv-06471

Dear Judge Broderick:

      This firm represents the plaintiff in the above-captioned matter. The attorneys for plaintiff, Marketaxess Corporation, Marketaxess Holdings Inc., and 3pl Integration LLC have conferred and respectfully submit this joint request for an adjournment of the Initial Pretrial Conference, which is currently scheduled to be held on February 27, 2020. The attorney for defendant Midtown Trackage Ventures LLC filed a stipulation of partial discontinuance without prejudice against it on February 19, 2020.

      The conference was adjourned twice before. The first adjournment was at the request of counsel for defendant 3PL Integration LLC, from November 8, 2019 to December 20, 2019. The second adjournment, which was from December 20, 2019 to February 27, 2020, was because it had come to our attention that there may be additional entities should be added as defendants. Additionally, counsel for defendant Midtown Trackage Ventures LLC had submitted various documents for review with a request that the action be discontinued as against it.

      Since the last adjournment, the stipulation of partial discontinuance against Midtown Trackage Ventures LLC was fully executed and filed. Defense counsel provided information that indicates that several additional parties should be joined: Fisher-Park Lane Owner LLC, Fisher Brothers Management Co. LLC, Congruity, Congruity 360, Procurri, MSDI LLC, Fast Fleet Systems Inc., individually and doing business as Fast Fleet JFK, Warren Bainbridge, and/or NICA, Inc. A stipulation to

change parties and amend the caption has been drafted and revisions are currently being discussed. Research into the full and proper names and addresses is ongoing.

To allow reasonable time to complete research, file the amended pleadings, serve the additional parties, obtain answers from the new parties, and include counsel for any new parties at the conference, we request that it be adjourned from February 27, 2020 to April 30, 2020 or May 1, 2020. This would alter the deadline for the submission of the joint letter and proposed Civil Case Management Plan and Scheduling Order, which is currently February 20, 2020. The new deadline will be April 23, 2020 or April 24, 2020, depending on the new conference date. There are no other scheduled dates that will be affected.

We thank the court for its consideration of these issues and our request.

Very truly yours,

Kathleen E. Beatty
(212) 804-7400 x541

KEB:keb

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 2/21/2020

The initial pretrial conference scheduled for February 27, 2020, is adjourned to May 1, 2020. The parties are directed to file their joint letter and proposed Case Management Plan on or before April 24, 2020.