# Cellino & Barnes p.c.
## ATTORNEYS AT LAW

The Graybar Building, 420 Lexington Avenue, Suite 2140
New York, New York 10170

Tel: (800) 888-8888
Fax: (877) 227-8020
www.CellinoandBarnes.com

Stephen E. Barnes
Ross M. Cellino
Daniel W. Aiello
Richard P. Amico
Richard J. Barnes
Denis J. Bastible
Kathleen E. Beatty
Alex Bouganim
Dylan J. Brennan
Daniel J. Caffrey
Joseph J. Capetola
Scott D. Carlton
Stephen C. Ciocca
Robert J. Cippitelli
Thomas P. Cleere
Michael J. Cooper
Christopher D. D'Amato
Aybike Donuk
Sandy A. Fazili
Jordan S. Finkelstein
Steven M. Fleckner
Brian A. Goldstein, M.D., J.D.
Igor Grichanik
George R. Gridelli
Timothy R. Hedges

Special Counsel:
John E. Lavelle
Gregory V. Pajak
Ellen B. Sturm

Mark B. Hudoba
Lisa F. King
Patrick A. Little
John W. Looney
Michael J. Lovecchio
William J. Loyd
Brett L. Manske
John C. Murrett, Jr
Michael P. Napolitano
Joshua C. Olmstead
Alexander Paine
Robert J. Peragine
Joshua B. Sandberg
Sean L. Sasso
Robert J. Schreck
Robert Seigal
John H. Shields
David E. Silverman
Allan M. Silverstein
Erica B. Tannenbaum
Princess M. Tate-Burriss
Christopher J. Trochiano
Joe A. Vazquez
Robert L. Voltz
Michael J. Williams
K. John Wright
David C. Zimmerman

July 2, 2020

VIA ECF

Honorable Vernon S. Broderick, United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, New York 10007

**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.** 7/7/2020

The deadline to file a joint letter and proposed case management plan is adjourned sin die.

Re:     Request for Adjournment
        *Clarke v. Marketaxess Corporation et al.*
        Docket No.: 1:19-cv-06471

Dear Judge Broderick:

The undersigned represents the plaintiff in the above-captioned matter. The undersigned has conferred with the attorneys for all parties to this action except for MSDI LLC, FAST FLEET JFK, individually and doing business as FAST FLEET SYSTEMS, INC., WARREN BAINBRIDGE, and NICA, INC. The reason is no answer, appearance, motion, or communication has been received on behalf of MSDI LLC, FAST FLEET JFK, individually and doing business as FAST FLEET SYSTEMS, INC., WARREN BAINBRIDGE, or NICA, INC. Written notice of their default will be transmitted shortly.

All counsel who are involved in the case at this time respectfully submit this joint request for an adjournment of the July 2, 2020 deadline for the submission of the letter, case management plan, and scheduling order.

Counsel for SMOOTH OPERATORS SERVICES LLC, individually and doing business as FAST FLEET – JFK has agreed to extend the time to oppose its pending motion to dismiss to July 27, 2020.

Counsel for FISHER-PARK LANE OWNER LLC and FISHER BROTHERS MANAGEMENT CO. LLC has requested an extension of time to answer to July 27, 2020.

In order to allow reasonable time (a.) to address the default of MSDI LLC, FAST FLEET JFK, individually and doing business as FAST FLEET SYSTEMS, INC., WARREN BAINBRIDGE, and NICA, INC., (b.) for briefing and submission of the motion, and (c) for inclusion of counsel for any other answering parties, we request that the deadline be extended to September 29, 2020. There are no other scheduled dates that will be affected. The initial pretrial conference was discontinued by order dated April 29, 2020, in light of the public health crisis.

We thank the court for its consideration of these issues and our request.

Very truly yours,

Kathleen E. Beatty
(212) 804-7400 x541

KEB:keb