```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JOVANIE CLARKE,                                             :
                                                            :
                          Plaintiff,                        :
                                                            :         19-CV-6471 (VSB)
              -against-                                     :
                                                            :              ORDER
FISHER-PARK LANE OWNER LLC et al.,                          :
                                                            :
                          Defendants.                       :
                                                            :
------------------------------------------------------------ X
```

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on July 12, 2019.  (Doc. 1.)  On May 5, 2020, Plaintiff filed an Amended Complaint against twelve Defendants.  (Doc. 50.)  On May 10, 2022, I dismissed the Amended Complaint for failure to establish federal subject matter jurisdiction.  (Doc. 113.)  I directed that "[w]ithin 30 days of entry of this order, the Plaintiff may file a motion seeking leave to amend that attaches a proposed Third Amended Complaint."  (*Id.*)  Plaintiff's motion seeking leave to amend was due on June 9, 2022.  Plaintiff has not moved to amend, so there is no operative complaint.

      Accordingly, this action is dismissed pursuant to Federal Rule of Civil Procedure Rule 41(b).  The Clerk of Court is respectfully directed to terminate this action.

SO ORDERED.

Dated:    June 13, 2022
             New York, New York

                                                  VERNON S. BRODERICK
                                                United States District Judge