```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :   19cv6471 (DLC)
JOVANIE CLARKE,                        :
                                       :        ORDER
                        Plaintiff,     :
          -v-                          :
                                       :
FISHER-PARK LANE OWNER LLC et al.,     :
                                       :
                        Defendants.    :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

On June 22, 2022 the plaintiff filed a Third Amended Complaint in this Court asserting diversity jurisdiction pursuant to 28 U.S.C. § 1332. On August 17, 2022, this case was transferred to this Court's docket. Pursuant to this Court's Individual Practices, it is hereby

ORDERED that the plaintiff shall, by **September 16, 2022**, file on ECF a letter no longer than two pages explaining the basis for its belief that diversity of citizenship exists. Where any party is a corporation, the letter shall state both the place of incorporation and the principal place of business. In cases where any party is a partnership, limited partnership, limited liability company, or trust, the letter shall state the

citizenship of each of the entity's members, shareholders, partners, and/or trustees.

Dated:  New York, New York
        August 24, 2022

                                    _____
                                           DENISE COTE
                                    United States District Judge