```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    19cv6471 (DLC)
JOVANIE CLARKE,                          :
                                         :         ORDER
                    Plaintiff,           :
          -v-                            :
                                         :
FISHER-PARK LANE OWNER LLC et al.,       :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On September 13, 2022, the plaintiff filed a letter outlining the basis of diversity of citizenship in the action and requesting an extension of time to file a supplementary letter regarding the citizenships of the LLC defendants' members or limited discovery on the issue.  It is hereby

ORDERED that each LLC defendant shall, by **September 29, 2022,** file on ECF a letter that identifies the members of the LLC and the citizenship of each member.

Dated:    New York, New York
          September 15, 2022

_____
DENISE COTE
United States District Judge