```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    19cv6471 (DLC)
JOVANIE CLARKE,                          :
                                         :         ORDER
                        Plaintiff,       :
            -v-                          :
                                         :
FISHER-PARK LANE OWNER LLC et al.,       :
                                         :
                        Defendants.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On September 15, 2022, the Court ordered each LLC defendant to file a letter that identifies the members of the LLC and the citizenship of each member by September 29, 2022.  The Court has not received a letter from defendants Fisher-Park Lane Owner LLC and Fisher Brothers Management Co. LLC.  It is hereby

ORDERED that defendants Fisher-Park Lane Owner LLC and Fisher Brothers Management Co. LLC shall file on ECF a letter that identifies the members of the LLC and the citizenship of each member by **October 7, 2022**.

Dated:   New York, New York
         September 30, 2022

                                    _____
                                          DENISE COTE
                                    United States District Judge