UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    19cv6471 (DLC)
JOVANIE CLARKE,                          :
                                         :         ORDER
                      Plaintiff,         :
        -v-                              :
                                         :
FISHER-PARK LANE OWNER LLC et al.,       :
                                         :
                      Defendants.        :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

On September 30, 2022, the Court ordered defendants Fisher-Park Lane Owner LLC and Fisher Brothers Management Co. LLC to file a letter that identifies the members of each LLC and the citizenship of each member by October 7. They did not do so. In response to an inquiry from Chambers, the defendants filed a letter on October 20. Construing the letter as a request for additional time to comply with the September 30 Order, it is hereby

ORDERED that defendants Fisher-Park Lane Owner LLC and Fisher Brothers Management Co. LLC shall file on ECF a letter that identifies the members of the LLC and the citizenship of each member by **October 28, 2022**.

Dated:   New York, New York
         October 20, 2022

                                    _____
                                           DENISE COTE
                                    United States District Judge