```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :   19cv6471 (DLC)
JOVANIE CLARKE,                           :
                                          :        ORDER
                    Plaintiff,            :
          -v-                             :
                                          :
FISHER-PARK LANE OWNER LLC et al.,        :
                                          :
                    Defendants.           :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

On October 28, 2022, defendants Fisher-Park Lane Owner LLC and Fisher Brothers Management Co. LLC filed a letter purporting to describe the members of each LLC. The letter is not sufficient. It is hereby

ORDERED that, at the November 4, 2022 conference, defendants Fisher-Park Lane Owner LLC and Fisher Brothers Management Co. LLC shall be prepared to (1) specify whether the members of each LLC are individuals, corporations, partnerships, limited liability companies, or other entities, and (2) specify the citizenship of each member.

Dated:   New York, New York
         November 1, 2022

                                    _____
                                           DENISE COTE
                                    United States District Judge