UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
JOVANIE CLARKE,                          :
                                         :
                          Plaintiff,     :   19cv6471 (DLC)
            -v-                          :
                                         :   ORDER
FISHER-PARK LANE OWNER LLC et al.,       :
                                         :
                          Defendants.    :
---------------------------------------- X

DENISE COTE, District Judge:

On February 14, 2023, Smooth Operators Services LLC, individually and doing business as Fast Fleet-JFK, moved to dismiss the sixth amended complaint and the third-party complaint filed against it. It is hereby

ORDERED that plaintiff Jovanie Clarke and third-party plaintiffs Fisher-Park Lane Owner LLC and Fisher Brothers Management Co. LLC shall file any oppositions by **March 10, 2023**. Replies, if any, shall be filed by **March 24, 2023**. At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:    New York, New York
          February 14, 2023

                                        _____
                                              DENISE COTE
                                        United States District Judge