```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    19cv6471 (DLC)
JOVANIE CLARKE,                          :
                                         :        ORDER
                         Plaintiff,      :
              -v-                        :
                                         :
FISHER-PARK LANE OWNER LLC et al.,       :
                                         :
                         Defendants.     :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On December 1, 2022, the plaintiff filed a Sixth Amended Complaint in this Court asserting diversity jurisdiction pursuant to 28 U.S.C. § 1332.  Pursuant to this Court's Individual Practices, it is hereby

ORDERED that the plaintiff shall, by **February 24, 2023,** file on ECF a letter no longer than two pages explaining the basis for its belief that diversity of citizenship exists against the following defendants: Smooth Operators Services LLC; Fast Fleet Systems, Inc.; Fast Fleet JFK; NICA, Inc; Baimbridge Trucking Inc.; AFD Contract Furniture Inc.; Procurri LLC; and Rockland Congruity LLC.  Where any party is a corporation, the letter shall state both the place of incorporation and the principal place of business.  In cases where any party is a partnership, limited partnership, limited liability company, or

trust, the letter shall state the citizenship of each of the entity's members, shareholders, partners, and/or trustees.

Dated:    New York, New York
          February 14, 2023

                                            _____
                                                      DENISE COTE
                                       United States District Judge