```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                           :   19cv6471 (DLC)
JOVANIE CLARKE,                            :
                                           :        ORDER
                        Plaintiff,         :
            -v-                            :
                                           :
FISHER-PARK LANE OWNER LLC et al.,         :
                                           :
                        Defendants.        :
                                           :
----------------------------------------- X
```

DENISE COTE, District Judge:

On February 24, 2023, the plaintiff filed a letter regarding diversity jurisdiction in this action. It is hereby

ORDERED that defendants Smooth Operators Services LLC, Procurri LLC, and Rockland Congruity LLC shall, by **March 3, 2023**, file on ECF a letter that identifies their members and the citizenship of each member.

Dated:   New York, New York
         February 24, 2023

                                    _____
                                            DENISE COTE
                                    United States District Judge