UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
*****************************************************

JOVANIE CLARKE,

Plaintiff,

v.

FISHER-PARK LANE OWNER LLC,
FISHER BROTHERS MANAGEMENT CO. LLC,
MARKETAXESS CORPORATION,
MARKETAXESS HOLDINGS INC.,
CONGRUITY LLC,
CONGRUITY 360, LLC, SMOOTH OPERATORS SERVICES LLC, WARREN BAINBRIDGE, 3PL INTEGRATION LLC, FAST FLEET SYSTEMS, INC.,
FAST FLEET JFK, NICA, INC., BAIMBRIDGE TRUCKING INC., AFD CONTRACT FURNITURE INC.,
PROCURRI LLC and ROCKLAND CONGRUITY LLC,

Defendants.

*****************************************************

**NOTICE OF DISMISSAL WITHOUT PREJUDICE BY <u>STIPULATION</u>**

**Docket No. 1:19-CV-06471**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties and third parties to this action that this matter is dismissed without prejudice pursuant to Fed.R.Civ.41(a)(1)(A)(ii) and C.P.L.R. 205(a). It is further STIPULATED and AGREED that this shall not act as a Voluntary Discontinuance under C.P.L.R. 205. Plaintiff shall have six (6) months from the date of this dismissal to refile this action in State Court. The parties agree, however, that whatever claims and defenses that existed by or against any

party or third party prior to this date of dismissal, are not waived by this stipulation to dismiss this matter without prejudice to refile. This stipulation may be executed in counterparts and a facsimile copy shall have the same force as an original.

DATED: New York, New York
May 22, 2023

So Ordered.
Denise Cote
5/25/23

SO STIPULATED:

Casey Fundaro, Esq.
Attorneys for Plaintiff
420 Lexington Avenue, Suite 830
New York, NY 10170
(800) 555-5555

Randy Moonan
Burghergray LLP
Attorneys for Defendants and Third-Party Defendants Smooth Operators Services LLC, Individually and dba Fast Fleet-JFK
1350 Broadway, Suite 1510
New York, NY 10018
(917) 410-3152

for David Glazer (on consent)

David Glazer
Wilson Elser Moskowitz Edelman & Dicker LLP
Attorneys for Defendants Fisher-Park Lane Owner LLC and Fisher Brothers Management Co. LLC

James M. Felix

James Felix
Kilhenny & Felix
Attorneys for Defendant 3PL Integration LLC
One Chase Road, Ste 204
Scarsdale, NY 10583

Joseph Feehan
Hannum Feretic Predergast & Merlino, LLC
Attorneys for Defendants MarketAxess Holdings Inc. and MarketAxess Corporation
55 Broadway Ste 202
New York, NY 10006

party or third party prior to this date of dismissal, are not waived by this stipulation to dismiss this matter without prejudice to refile. This stipulation may be executed in counterparts and a facsimile copy shall have the same force as an original.

DATED: New York, New York
May 22, 2023

**SO STIPULATED:**

Casey Fundaro, Esq.
Attorneys for Plaintiff
420 Lexington Avenue, Suite 830
New York, NY 10170
(800) 555-5555

Randy Moonan
BurgherGray LLP
Attorney for Defendant Smooth Operators Services LLC, Individually and dba Fast Fleet-JFK
1350 Broadway, Suite 1510
New York, NY 10018
(917) 410-3152

David Glazer
Wilson Elser Moskowitz Edelman & Dicker LLP
Attorneys for Defendants Fisher-Park Lane Owner LLC and Fisher Brothers Management Co. LLC

Joseph Feehan
Hannum Feretic Predergast & Merlino, LLC
Attorneys for Defendants MarketAxess Holdings Inc. and MarketAxess Corporation
55 Broadway Ste 202
New York, NY 10006

James Felix
Kilhenny & Felix
Attorneys for Defendant 3PL Integration LLC
One Chase Road, Ste 204
Scarsdale, NY 10583

party or third party prior to this date of dismissal, are not waived by this stipulation to dismiss this matter without prejudice to refile. This stipulation may be executed in counterparts and a facsimile copy shall have the same force as an original.

DATED: New York, New York
May 22, 2023

**SO STIPULATED:**

______________________________
Casey Fundaro, Esq.
Attorneys for Plaintiff
420 Lexington Avenue, Suite 830
New York, NY 10170
(800) 555-5555

______________________________
Randy Moonan
Burghergray LLP
Attorneys for Defendants and Third-Party Defendants Smooth Operators Services LLC, individually and dba Fast Fleet-JFK
1350 Broadway, Suite 1510
New York, NY 10018
(917) 410-3152

______________________________
David Glazer
Wilson Elser Moskowitz Edelman & Dicker LLP
Attorneys for Defendants Fisher-Park Lane Owner LLC and Fisher Brothers Management Co. LLC

______________________________
David ~~Joseph~~ Feehan
Hannum Feretic Predergast & Merlino, LLC
Attorneys for Defendants MarketAxess Holdings Inc. and MarketAxess Corporation
55 Broadway Ste 202
New York, NY 10006

______________________________
James Felix
Kilhenny & Felix
Attorneys for Defendant 3PL Integration LLC
One Chase Road, Ste 204
Scarsdale, NY 10583

Joseph Materazo
Lewis Johs Avalone Aviles, LLP
Attorneys for Defendants and Third Party Defendants Procurri LLC and Rockland Congruity LLC
1377 Motor Pkwy, Ste 400
Islandia, NY 11749

Curtis B. Gilfillan
Law Office of Terrence F. Kuhn
Attorneys for Defendants/Third-Party Plaintiffs Congruity LLC, and Congruity 360, LLC
One Pennsylvania Plaza
Suite 5003
New York, New York 100038

__________________________________
Joseph Materazo
Lewis Johs Avalone Aviles, LLP
Attorneys for Defendants and Third Party Defendants Procurri LLC and Rockland Congruity LLC
1377 Motor Pkwy, Ste 400
Islandia, NY 11749

*Curtis B. Gilfillan*
__________________________________
Curtis B. Gilfillan
Law Office of Terrence F. Kuhn
Attorneys for Defendants/Third-Party Plaintiffs Congruity LLC, and Congruity 360, LLC
One Pennsylvania Plaza
Suite 5003
New York, New York 100038